# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO ARREDONDO,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES GYPSUM COMPANY,<br><br>　　　　　　　　Defendant. | Case No. 15-cv-01247-BAS(KSC)<br><br>**ORDER GRANTING JOINT MOTION TO REMAND**<br><br>(ECF No. 10) |

　　　Presently before the Court is the parties' joint motion to remand this action to Superior Court.  Plaintiff Fernando Arredondo originally filed this action in the Superior Court for the State of California, County of Imperial, Case No. ECU08706.  The parties now stipulate to remand this action.  Having read and considered the moving papers, and good cause appearing, the Court **GRANTS** the joint motion (ECF No. 10) and **REMANDS** this action to the Superior Court for the State of California, County of Imperial.

　　　**IT IS SO ORDERED.**

DATED: July 10, 2015

Hon. Cynthia Bashant
United States District Judge